No. A–79 (O. T. 1994).  RICHLEY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.  JUSTICE BREYER took no part in the consideration or decision of this application.

No. A–83 (O. T. 1994).  RICHLEY ET AL. v. GAINES ET AL.  Application for stays of execution of sentences of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  JUSTICE BREYER took no part in the consideration or decision of this application.

No. A–87 (O. T. 1994).  HOLMES v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  JUSTICE BREYER took no part in the consideration or decision of this application.

No. 94–5469 (A–81).  CLINES v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this application and this petition.

AUGUST 4, 1994

No. A–79 (O. T. 1994).  RICHLEY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante* this page.  Amendment to the application for stay of execution is treated as a motion for reconsideration and is denied.  JUSTICE SCALIA would not treat the amendment as a motion for reconsideration and therefore registers no vote.  JUSTICE BREYER took no part in the consideration or decision of this matter.